**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ROY G. BROOKS, Ed. D.**                                                                                    **PLAINTIFF**

**V.**                                           **CASE NO. 4:07-CV-00453 GTE**

**THE LITTLE ROCK SCHOOL DISTRICT, et al.**                                   **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff has moved for a dismissal of all claims in this action with prejudice, to include the pending request for attorney's fees and costs. For good cause shown and without objection from Defendants,

IT IS HEREBY ORDERED THAT Plaintiff's motion (docket # 55) be, and it is hereby GRANTED. All claims asserted in this action are hereby DISMISSED WITH PREJUDICE. The pending motions regarding attorney's fees and costs (docket # 38 and 41) are hereby terminated as moot.

IT IS SO ORDERED this  23rd  day of August, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/Garnett Thomas Eisele_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE